**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nichole Dawn Smith, | ) | |
| | ) | Case No. 3:08-cr-050 |
| Defendant. | ) | |

Defendant was charged with violating several of her supervised release conditions in a "Petition for Warrant or Summons for Offender under Supervision." (Docket No. 41). She made her initial appearance on the petition on August 2, 2013, and was remanded into custody pending a detention hearing.

The court convened the detention hearing on August 6, 2013. At the outset of the hearing the parties advised the court that they had agreed to a modification of defendant's release conditions. The Government further advised that it was moving to dismiss the petition.

The record reflects that, pursuant to the parties' agreement, Chief Judge Erickson has entered an order modifying defendant's supervised release conditions. (Docket No. 49). Accordingly, the Government's motion is **GRANTED** and the "Petition for Warrant or Summons for Offender under Supervision" (Docket No. 41) is **DISMISSED.**

**IT IS SO ORDERED.**

Dated this 7th day of August, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court